IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| SUKI K. KONEN | § | PLAINTIFF |
| | § | |
| v. | § | CIVIL ACTION NO. 1:10CV39-LG-RHW |
| | § | |
| ON CALL MEDICAL CLINIC | § | DEFENDANT |

## JUDGMENT

This matter having come on to be heard on the Motion to Dismiss [6] filed by the defendant, On Call Medical Clinic, the Court, after review and consideration of the defendant's unopposed Motion, finds that in accord with the order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss [6] filed by the defendant, On Call Medical Clinic, is **GRANTED**.  This case is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 1st day of March, 2010.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge